IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
00 AUG -4 PM 2:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

MICHAEL HOLLAND, )
)
       Petitioner, )
)
vs ) CIVIL ACTION NO. 00-S-0761-E
)
WARDEN R. WILEY, )
)
       Respondent. )

ENTERED
AUG 4 2000

**MEMORANDUM OF OPINION**

    The court has considered the entire file in this action together with the Magistrate Judge's Report and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the petitioner's motion for release *pendente lite* is due to be denied and this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

    DONE, this __4th__ day of __August_____, 2000.

_____
UNITED STATES DISTRICT JUDGE